924

No. 77–953. BUFFALO RIVER CONSERVATION & RECREATION COUNCIL ET AL. v. NATIONAL PARK SERVICE ET AL. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 77–990. DICARLO ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 77–994. MORGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 77–995. GORDON ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. ▮▮▮▮ ▮▮▮▮

No. 77–1017. RHODES, GOVERNOR OF OHIO v. KRAUSE ET AL.;
No. 77–1018. DEL CORSO, ADJUTANT GENERAL OF OHIO, ET AL. v. KRAUSE ET AL.; and
No. 77–1022. KRAUSE ET AL. v. RHODES, GOVERNOR OF OHIO, et al. C. A. 6th Cir. Certiorari denied. ▮▮▮▮ ▮▮▮▮

No. 77–1024. FURNESS WITHY & CO., LTD., ET AL. v. BUNGE CORP. C. A. 5th Cir. Certiorari denied. ▮▮▮▮ ▮▮

No. 77–1025. HESS v. UPPER MISSISSIPPI TOWING CORP. ET AL. C. A. 5th Cir. Certiorari denied. ▮▮▮▮ ▮▮

No. 77–1030. OLINKRAFT, INC. v. LOUISIANA, THROUGH THE DEPARTMENT OF HIGHWAYS OF LOUISIANA. Sup. Ct. La. Certiorari denied. ▮▮▮▮▮

No. 77–1031. BOUDREAUX v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. ▮▮▮▮▮

No. 77–1040. HUGHES AIRCRAFT CO. v. BELL TELEPHONE LABORATORIES, INC. C. A. 3d Cir. Certiorari denied. ▮▮ ▮▮▮